IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION AT KANSAS CITY

| | |
|---|---|
| PEGGY RAY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Cause No.: 4:07-cv-00673-ODS |
| ) | |
| WERNER CO., NEW WERNER HOLDING ) | |
| CO., INC., and W.W. GRAINGER, INC., ) | |
| ) | |
| Defendants. ) | |

## RECEIPT AND SATISFACTION

Plaintiff, through counsel acknowledges receipt of the settlement funds due and owed by defendants.

        **Respectfully submitted,**

        BY:    /s/ **Stephen M. Gorny**
                  STEPHEN M. GORNY    MO #45417
                  GRANT S. RAHMEYER    MO #58897
                  Bartimus, Frickleton, Robertson & Gorny, P.C.
                  11150 Overbrook Road, Suite 200
                  Leawood, KS 66211
                  (913) 266-2300 (tel)
                  (913) 266-2366 (fax)

        ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

      I hereby certify that on February 6, 2009, the foregoing was filed electronically with the Clerk of the Court to be served electronically by operation of the Court's electronic filing system upon the following:

Michael Childs
Joseph Swift
Brown & James, P.C.
1100 Main Street, Suite 1900
Kansas City, MO 64105
ATTORNEYS FOR WERNER LADDER INC.,
NEW WERNER HOLDING CO.,
AND GRAINGER INTERNATIONAL


/s/ Stephen M. Gorny
Attorney for Plaintiff