IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| PEGGY RAY, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Case No. 07-0673-CV-W-ODS |
| WERNER LADDER, INC., et al., | ) ) ) |
| Defendants. | ) |

ORDER GRANTING PLAINTIFF'S MOTION TO DISMISS

At Plaintiff's request, and in light of the Order Approving Wrongful Death Settlement issued today, Plaintiff's Motion to Dismiss (Doc. # 186) is granted, and all claims are dismissed with prejudice.

IT IS SO ORDERED.

/s/ Ortrie D. Smith
ORTRIE D. SMITH, JUDGE
DATE: February 6, 2009   UNITED STATES DISTRICT COURT